IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY D. WHITE,
    Plaintiff,

vs.	Case No.: 3:19cv3591/LAC/EMT

SECRETARY AND REPRESENTATIVES
OF THE FLORIDA DEPARTMENT OF
CORRECTIONS,
    Defendants.
_____/

# O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on March 9, 2020 (ECF No. 10). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections (doc 11).

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendant Captain "B" are **DISMISSED** as follows:

    a. Plaintiff's access-to-courts claim against Defendant Captain "B" is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1); and

    b. Plaintiff's excessive force claim against Defendant Captain "B," to the extent Plaintiff asserts one, is **DISMISSED without prejudice** to Plaintiff's clearly asserting it in a second amended complaint.

3. Plaintiff's claims against the remaining Defendants (Defendants Inch, Britton, Stewart, "P.R.," "M.T.," "M.S.," and "K.K.") are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

4. This case is referred to the Chief Magistrate Judge for issuance of an order setting a deadline for Plaintiff to file a second amended complaint asserting **only** a claim of excessive force against Defendant Captain "B."

**DONE AND ORDERED** this 8th day of April, 2020.

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv3591/LAC/EMT