UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY D. WHITE,
    Plaintiff,

vs.                                      Case No.: 3:19cv3591/LAC/EMT

CAPTAIN HENLEY,
a/k/a CAPTAIN B,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on December 1, 2020 (ECF No. 54). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 54) is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (ECF No. 47) is **GRANTED** and this

case is **DISMISSED** for failure to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997e(a).

3. The clerk is directed to close this case.

**DONE AND ORDERED** this 4th day of January, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:19cv3591/LAC/EMT